Revised 05/27/2014

# UNITED STATES BANKUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

Attachment (1)

FILED

JUL 12 2016

U.S. BANKRUPTCY COURT
Knoxville, Tennessee

IN RE:

| JOHN WAGGONER | 3:12-bk-31803-SHB |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Claimant identified below applies for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which remain due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Asset Acceptance LLC

PHONE NUMBER:(877) 327-7384 ext.67793 LAST FOUR DIGITS OF SOCIAL SECURITY NO  3765

MAILING ADDRESS:    PO Box 2036

CITY:  Warren          STATE:  MI   ZIP:  48090

Amount of Unclaimed Funds Requested: $ 2308.95

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the unclaimed funds currently being held for the benefit of the Claimant.

Date:  7/6/16

Claimant's Signature

Co-claimant's Signature (if any)

State of  Michigan

County of  Oakland

Subscribed and sworn to before me this ___ day of  July , 20 16 .

Kristen Denstaedt
Notary Public

My commission expires: 12/27/2020

KRISTEN DENSTAEDT
Notary Public - Michigan
Oakland County
My Commission Expires Dec 27, 2020
Acting in the County of  OAKLAND

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in the **Southern or Winchester** divisions (case numbers beginning with 1 or 4):

☐ Office of the United States Attorney
Eastern District of Tennessee
1110 Market Street, Suite 301
Chattanooga, TN 37402

For all cases in the **Northeastern or Northern** divisions (case numbers beginning with 2 or 3):

☑ Office of the United States Attorney
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902

Date: _7/6/16_ _____          _Cindy Lu_ _____
                                                      Claimant's Signature

# U.S. Bankruptcy Unclaimed Funds Locator

Home (/)    About (/about)

**Case Number:**    12-31803

**Total:**    $2,368.95

**Last/Business Name:** JOHN L WAGGONER

**First Name:**

# Creditors  19

Edit Search (/?court=tneb)

**Last Name** (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&sort=LastName&sortdir=A

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉ Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

First (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=1)

Prev (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=1)

1 (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=1)

2 (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=2)

Next (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=2)

Last (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=2)

© 2016 - US Courts - Collaboratively Developed Software

# U.S. Bankruptcy Unclaimed Funds Locator

Home (/)        About (/about)

**Case Number:**     12-31803

**Total:**     $2,368.95

**Last/Business Name:** JOHN L WAGGONER

**First Name:**

# Creditors [ 19 ]

Edit Search (/?court=tneb)

**Last Name** (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&__swhg=1467734367148&s

✉    Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉    Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉    Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉    Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉    Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC&Court=tneb)

✉    Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉    Asset Acceptance LLC (/search?CreditorLastName=Asset%20Acceptance%20LLC%20&Court=tneb)

✉    Asset Acceptance, LLC (/search?CreditorLastName=Asset%20Acceptance%2C%20LLC&Court=tneb)

First (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=1&__swhg=1467734367148)

Prev (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=1&__swhg=1467734367148)

1 (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=1&__swhg=1467734367148)

Page 2 of 2
Case 3:12-bk-31803-SHB    Doc 93    Filed 07/12/16    Entered 07/12/16 15:03:49    Desc
Main Document    Page 6 of 30

2 (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-
31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=2&__swhg=1467734367148)

Next (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-
31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=2&__swhg=1467734367148)

Last (/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber=12-
31803&DebtorLastName=&DebtorFirstName=&Amount=0&EnteredOn=&page=2&__swhg=1467734367148)

© 2016 - US Courts - Collaboratively Developed Software

http://ucf.uscourts.gov/search?Court=tneb&CreditorLastName=&CreditorFirstName=&CaseNumber...    7/5/2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

### UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:          12-31803
Debtor(s) Name:  JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11562516
Date Unclaimed Funds Check issued:   December 30, 2014

**Amount remitted to Unclaimed Funds - Case # 12-31803:**   $1228.95
Claim Number:        003-0
Court Claim Number:  31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

### UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:          12-31803

Debtor(s) Name:    JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:  11565745

Date Unclaimed Funds Check issued:    January 14, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**    $60.00

Claim Number:            003-0

Court Claim Number:      31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:            12-31803
Debtor(s) Name:    JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11574531
Date Unclaimed Funds Check issued:      February 12, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**      $120.00
Claim Number:            003-0
Court Claim Number:      31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:              12-31803

Debtor(s) Name:    JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11582086

Date Unclaimed Funds Check issued:   March 12, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**   $60.00

Claim Number:          003-0

Court Claim Number:    31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN 37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

### UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:          12-31803
Debtor(s) Name:  JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11591292
Date Unclaimed Funds Check issued:     April 14, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**     $60.00
Claim Number:        003-0
Court Claim Number:  31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

### UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:            12-31803
Debtor(s) Name:    JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11600019
Date Unclaimed Funds Check issued:    May 14, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**    $60.00
Claim Number:          003-0
Court Claim Number:    31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:            12-31803-SHB
Debtor(s) Name:    JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11608544
Date Unclaimed Funds Check issued:    June 11, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**    $60.00
Claim Number:          003-0
Court Claim Number:    31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

### UNCLAIMED FUNDS IN CHAPTER 13 CASES

      Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:             12-31803-SHB

Debtor(s) Name:     JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11617378

Date Unclaimed Funds Check issued:    July 16, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**    **$60.00**

Claim Number:           003-0

Court Claim Number:     31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

                         /s/ Gwendolyn M. Kerney
                         GWENDOLYN M. KERNEY, #07280
                         Chapter 13 Trustee
                         P O Box 228
                         Knoxville, TN.  37901
                         (865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

### <u>UNCLAIMED FUNDS IN CHAPTER 13 CASES</u>

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:              12-31803-SHB
Debtor(s) Name:      JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11626036
Date Unclaimed Funds Check issued:    August 14, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**    $60.00
Claim Number:            003-0
Court Claim Number:      31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

                              /s/ Gwendolyn M. Kerney
                              GWENDOLYN M. KERNEY, #07280
                              Chapter 13 Trustee
                              P O Box 228
                              Knoxville, TN.  37901
                              (865) 524-4995

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

### UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:           12-31803-SHB
Debtor(s) Name:   JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11634785
Date Unclaimed Funds Check issued:        September 18, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**       $60.00
Claim Number:         003-0
Court Claim Number:   31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:                          12-31803-SHB
Debtor(s) Name:          JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:    11642887
Date Unclaimed Funds Check issued:          October 16, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**          $60.00
Claim Number:                003-0
Court Claim Number:        31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:                 12-31803-SHB
Debtor(s) Name:     JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:    11650613
Date Unclaimed Funds Check issued:      November 10, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**       $60.00
Claim Number:          003-0
Court Claim Number:    31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:    12-31803-SHB
Debtor(s) Name:  JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #: 11659121
Date Unclaimed Funds Check issued:  December 15, 2015

**Amount remitted to Unclaimed Funds - Case # 12-31803:**  $60.00
Claim Number:   003-0
Court Claim Number:  31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:              12-31803-SHB
Debtor(s) Name:      JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:   11666845
Date Unclaimed Funds Check issued:      January 15, 2016

**Amount remitted to Unclaimed Funds - Case # 12-31803:**      $60.00
Claim Number:        003-0
Court Claim Number:  31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

| | |
|---|---|
| Case #: | 12-31803-SHB |
| Debtor(s) Name: | JOHN L. WAGGONER / MELISSA G. WAGGONER |

Unclaimed Funds Check #:  11674854
Date Unclaimed Funds Check issued:    February 12, 2016

**Amount remitted to Unclaimed Funds - Case # 12-31803:**    $60.00
Claim Number:        003-0
Court Claim Number:      31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

<u>UNCLAIMED FUNDS IN CHAPTER 13 CASES</u>

      Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing

Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report

evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed

funds in the referenced case.

| | |
|---|---|
| Case #: | 12-31803-SHB |
| Debtor(s) Name: | JOHN L. WAGGONER / MELISSA G. WAGGONER |

Unclaimed Funds Check #:    11682863
Date Unclaimed Funds Check issued:    March 16, 2016

**Amount remitted to Unclaimed Funds - Case # 12-31803:**    $60.00

Claim Number:    003-0
Court Claim Number:    31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:            12-31803-SHB
Debtor(s) Name:    JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:    11691295
Date Unclaimed Funds Check issued:    April 14, 2016

**Amount remitted to Unclaimed Funds - Case # 12-31803:**    $60.00
Claim Number:          003-0
Court Claim Number:    31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

### UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:　　　　　　12-31803-SHB

Debtor(s) Name:　　JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:　11699391

Date Unclaimed Funds Check issued:　　May 13, 2016

**Amount remitted to Unclaimed Funds - Case # 12-31803:**　　$60.00

Claim Number:　　　　003-0

Court Claim Number:　　31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:             12-31803-SHB
Debtor(s) Name:     JOHN L. WAGGONER / MELISSA G. WAGGONER

Unclaimed Funds Check #:  11707492
Date Unclaimed Funds Check issued:      June 15, 2016

**Amount remitted to Unclaimed Funds - Case # 12-31803:**        $60.00
Claim Number:           003-0
Court Claim Number:     31

Creditor Name and Address:

ASSET ACCEPTANCE LLC
C/O HOSTO & BUCHAN
4525 HARDING RD. STE 218
NASHVILLE, TN  37205-

                                        /s/ Gwendolyn M. Kerney
                                        GWENDOLYN M. KERNEY, #07280
                                        Chapter 13 Trustee
                                        P O Box 228
                                        Knoxville, TN.  37901
                                        (865) 524-4995

B10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

**Name of Debtor:**
**John L Waggoner**
**Melissa G Waggoner**

**Case Number:**
**3:12-bk-31803**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*
*You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
**Asset Acceptance, LLC**

**COURT USE ONLY**

Name and address where notices should be sent:
**Asset Acceptance, LLC**
**c/o Hosto & Buchan**
**4525 Harding Rd Ste 218**
**Nashville, TN 37205**

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:_____**
*(If known)*

Filed on: _____

Telephone Number:                email:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone Number:                email:

**1. Amount of Claim as of Date Case Filed:**        **$3,196.00\***

If all or part of your claim is secured, complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:_____**
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** _____ | **3a. Debtor may have scheduled account as:** (See instruction #3a ) | **3b. Uniform Claim Identifier (optional):** (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:** House and lot located at: 2138 Keith Ave., Knoxville TN 37921
**Value of Property: $_____**

**Annual Interest Rate:_____%** ☐ Fixed or ☐ Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$_____

**Basis for perfection:_____**

**Amount of Secured Claim:**  $$3,196.00

**Amount Unsecured:**  $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725\*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,600\* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*\*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (12/11)

---

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.  ☐ I am the creditor's authorized agent (attach copy of power of attorney, if any.)  ☒ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| | | |
|---|---|---|
| Print Name: **Cynthia T. Lawson 018397** | | |
| Title: | | |
| Company: **Bond, Botes & Lawson, P.C.** | **/s/ Cynthia T. Lawson** | **November 17, 2012** |
| Address and telephone number (if different from notice address above):<br>**6704 Watermour Way**<br>**Knoxville, TN 37912** | (Signature) | (Date) |
| Telephone number: **(865) 938-0733**  email: **cynthialawson@bbllawgroup.com** | | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,00 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**\*Based upon information provided by debtor and included in plan and schedules.**

B 10 (Attachment A) (12/11)

## Mortgage Proof of Claim Attachment

**If you file a claim secured by a secured interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim.** See Bankruptcy Rule 3001(c)(2).

| | | | |
|---|---|---|---|
| **Name of debtor:** | John L Waggoner<br>Melissa G Waggoner | **Case number:** | 3:12-bk-31803 |
| **Name of creditor:** | Asset Acceptance, c/o Hosto &<br>Buchan | **Last four digits** of any number you<br>use to identify the debtor's account: | |

### Part 1: Statement of Principal and Interest Due as of the Petition Date

Itemize the principal and interest due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on your Proof of Claim form).

1. **Principal due**                                               (1)   $ _____
2. **Interest due**

| Interest rate | From<br>mm/dd/yyyy | To<br>mm/dd/yyyy | Amount |
|---|---|---|---|
| _____ % | _____ | _____ | $ _____ |
| _____ % | _____ | _____ | $ _____ |
| _____ % | _____ | _____ | + $ _____ |
| **Total interest due as of the petition date** | | | $ _____ |

Copy total here    (2) +$ _____

3. **Total principal and interest due**                        (3)   $ _____

### Part 2: Statement of Prepetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on the Proof of Claim form).

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. **Late charges** | _____ | (1) | $ _____ |
| 2. **Non-sufficient funds (NSF) fees** | _____ | (2) | $ _____ |
| 3. **Attorney's fees** | _____ | (3) | $ _____ |
| 4. **Filing fees and court costs** | _____ | (4) | $ _____ |
| 5. **Advertisement costs** | _____ | (5) | $ _____ |
| 6. **Sheriff/auctioneer fees** | _____ | (6) | $ _____ |
| 7. **Title costs** | _____ | (7) | $ _____ |
| 8. **Recording fees** | _____ | (8) | $ _____ |
| 9. **Appraisal/broker's price opinion fees** | _____ | (9) | $ _____ |
| 10. **Property inspection fees** | _____ | (10) | $ _____ |
| 11. **Tax advances (non-escrow)** | _____ | (11) | $ _____ |
| 12. **Insurance advances (non-escrow)** | _____ | (12) | $ _____ |
| 13. **Escrow shortage or deficiency** (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ _____ |
| 14. **Property preservation expenses. Specify:** _____ | | (14) | $ _____ |
| 15. **Other. Specify:** _____ | _____ | (15) | $ _____ |
| 16. **Other. Specify:** _____ | _____ | (16) | $ _____ |
| 17. **Other. Specify:** _____ | _____ | (17) | +$ _____ |
| 18. **Total prepetition fees, expenses, and charges. Add all of the amounts listed above.** | | (18) | $ _____ |

## Part 3. Statement of Amount Necessary to Cure Default as of the Petition Date

**Does the installment payment amount include an escrow deposit?**

☐ No

☐ Yes. Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a form
consistent with applicable nonbankruptcy law.

1. **Installment payments due**

   Date last payment received by creditor _____

   Number of installment payments due        (1)   _____

2. **Amount of installment payments due**

   _____ installments @       $ _____
   _____ installments @       $ _____
   _____ installments @      +$ _____

   **Total installment payments due as of the petition date**        $ _____     Copy total here   (2)  $ _____

3. **Calculation of cure amount**

   **Add** total prepetition fees, expenses, and charges        Copy total from Part 2 here   + $ _____

   **Subtract** total of unapplied funds (funds received but not credited to account)        - $ _____

   **Subtract** amounts for which debtor is entitled to a refund        - $ _____

   **Total amount necessary to cure default as of the petition date**    (3)  $ 3,196.00*

   Copy total onto Item 4
   of Proof of Claim form

*Based upon information provided by debtor and included in plan and schedules.

The debtor, through her attorney, has filed this claim based upon 11 U.S.C. Sec. 501(c) and the Federal Rules of
Bankruptcy Procedure 3004, on behalf of the scheduled mortgage creditor because the claims deadline has
expired without this creditor timely filing a claim

Case 3:12-bk-31803-SHB    Claim 31-1 Part 3    Filed 11/19/12    **Desc **SOUTHERN PROCESS SERVER***
Page 1 of 1

**STATE OF TENNESSEE, COUNTY OF KNOX**

To Any Lawful Officer to Execute and Return:  Summon JOHN L WAGGONER

To appear before the General Sessions Court of Knox    16
County, Tennessee on the ____ day of
DEC.    2009    at 9:00 a.m./p.m., then and there to answer in a civil action

For

A money judgment of $3,181.25, plus the cost of this cause by reason of a suit filed on a sworn account. Plaintiff, ASSET ACCEPTANCE LLC , assignee of PROVIDIAN, owner of Account No. ____9787 here to the Court shown in the principle amount of $1,786.71, due and payable from the Defendant, accrued prejudgment interest in the amount of $1,037.20, accruing until the date of judgment at the contract rate of interest which is 9% per annum, reasonable attorney's fees in the amount of $357.34, all of which shall bear post-judgment interest at the rate of ten (10%) percent per annum beginning from the date of judgment under $25,000 on suit on sworn account see attached affidavit or original contract.

(This firm is acting as a debt collector.  This communication is an attempt to collect a debt and any information obtained
may be used for that purpose.)

**JUDGMENT**

Judgment for ____ against ____

Plus interest at the rate of ____ 10 ____% and cost of suit, for which execution may issue.

Judgment entered by:

Default ☐    Agreement ☐

Dismissed:    Without Prejudice ☐    With Prejudice ☐

Cost taxed to:    Plaintiff ☐    Defendant ☐

Defendant(s) _____ in the Court and admitted to jurisdiction of court. This the ____ 5 day of January 20___

This the ____ 5 day of January 20___

**ORDER**    Judge, Div.

Judge, Div.

Knox County    Page: 1 of 1
REC'D FOR REC 03/18/2010 12:53:56PM
RECORD FEE: $12.00
M. TAX: $0.00 T. TAX: $0.00
59071

**REGISTER OF DEEDS
KNOX COUNTY**
SHERRY WITT

**Court of General Sessions**
Catherine F. Quist, Clerk

CIVIL WARRANT

Issued ____    By ____ Deputy Clerk
Oct 22    20 09

Set For: DEC. 16, 2009 at 9:00a.m.
Reset For: 2-23-10

Served upon:
All Named Defendants
All Defendants Except:    personally by hand delivery

Served    John L Waggoner
OCT 20    2009

Served By: _____
Sheriff / Constable / Process Server

ATTEST: a true copy
certify a true copy
CATHERINE F QUIST
GENERAL SESSIONS CLERK

DOCKET NUMBER    51467G

ASSET ACCEPTANCE LLC    Plaintiffs(s)
vs.
JOHN L WAGGONER    Defendants(s)

Address ____    Defendant(s)

Telephone ____
1-866-530-7442

SOUTHERN PROCESS SERVER
Attorney for Plaintiff:
Mark A. Sexton, Esq.
Hosto & Buchan, P.L.L.C.
P.O. Box 3397 LR, AR 72203